the First Mortgage Bondholders' Committee, MILES S. ALTEMOSE, HERBERT O. FREY, CARROLL DUNHAM, 3RD, and SYDNEY M. WILLIAMS, Constituting the Protective Committee for First Mortgage 5½% Gold Loan Certificates, HOMER REED, JR., FREDERICK PEARCE and HERBERT S. WELSH, Constituting the Protective Committee for the 7% General Mortgage Bonds, Intervenors, Respondents. SADYE F. BAYER, a Certificate Holder, Movant, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LEPEL HIGH FREQUENCY LABORATORIES, INC., Appellant, v. EMIL R. CAPITA, Respondent, and Others, Impleaded Defendants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SOCIETY MILION ATHENA, INC., and LOUCAS A. AGGELOPOULOS, Suing in Their Own Behalf and in Behalf of All Other Persons Similarly Situated, Respondents, v. NATIONAL BANK OF GREECE, HELLENIC BANK TRUST COMPANY, EVANGELOS HARDALOUPAS, SPYRO SKOURAS, ARISTOTLE SOUVAL, GEORGE P. BAKALAS, RICHARD F. O'TOOLE and GEORGE W. GIDDINGS, Appellants, Impleaded with Others, Defendants.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to said defendants to answer the amended complaint within twenty days after service of a copy of order with notice of entry thereof, upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [169 Misc. 882.]

FREDERICK M. JABARA, RICHARD M. JABARA and BENJAMIN M. JABARA, Copartners, Doing Business under the Firm Name and Style of F. M. JABARA & BROTHERS, Respondents, v. MOBADDA RASHID, Doing Business under the Name, and Also Known as S. M. RASHID, Appellant.— Orders so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The bill of particulars of said item to be served within ten days after service of a copy of order, with notice of entry thereof, and the time of the plaintiffs to reply to the amended answer extended until five days after service of said bill of particulars. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GUS LUDWIG, Respondent, v. FIRST NATIONAL STORES, INC., Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SAM ACKER, Suing as a Stockholder of CONSOLIDATED OIL CORPORATION, on Behalf of Himself and All Other Stockholders of Said CONSOLIDATED OIL CORPORATION, Appellant, Respondent, v. GEORGE MACDONALD and Others, Respondents, Appellants, Impleaded with Another, Defendant.— Order unanimously affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

SREDNICK & BERKOWITZ, INC., Respondent, v. STEIN-MECHUTAN CORP., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MARY GINSBERG, Appellant, v. ABRAHAM D. SUTTON, DAVID A. SUTTON and SAMUEL A. SUTTON, Copartners Doing Business under the Firm Name and Style

of A. D. Sutton & Sons, Respondents, Impleaded with Another, Defendant.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.